In the Matter of PLAINVIEW-OLD BETHPAGE CONGRESS OF TEACH-
ERS et al., Respondents, v NEW YORK STATE HEALTH INSUR-
ANCE PLAN et al., Appellants, et al., Respondents.

Decided February 16, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of RICARDO T., JR. ORANGE COUNTY DEPARTMENT
OF SOCIAL SERVICES, Respondent; RICARDO T., SR., Appel-
lant, et al., Respondent.

Decided February 16, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ROSLYN TEACHERS ASSOCIATION et al., Respon-
dents, v NEW YORK STATE HEALTH INSURANCE PLAN et al.,
Appellants, et al., Respondents.

Decided February 16, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

MOHAMMAD SAIDIN, Appellant, v SAM NEGRON et al., Respon-
dents.

Submitted January 3, 2017; decided February 16, 2017

Motion for reargument of motion for leave to appeal denied [see 28 NY3d 1069 (2016)].